# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2006

131439-40

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AUTO CLUB GROUP INSURANCE
COMPANY,
　　　　　Plaintiff-Appellee,

v

CHRISTOPHER MICHAEL BUERKEL,
KAREN BOSHA-WEAVER and AMIE
R. SMITH,
　　　　　Defendants-Appellees,

and

STATE LANES, INC.,
　　　　　Defendant-Appellant.

SC: 131439
COA: 258240
Saginaw CC: 03-049653-CZ

_____/

AMIE R. SMITH,
　　　　　Plaintiff,

v

CHRISTOPHER MICHAEL BUERKEL,
　　　　　Defendant/Cross-Defendant,

and

KAREN LYNN BOSHAW-WEAVER,
　　　　　Defendant-Appellee,

and

STATE LANES, INC.,
　　　　　Defendant/Cross-Plaintiff-
　　　　　Appellant.

SC: 131440
COA: 260775
Saginaw CC: 03-047815-NI

_____/

On order of the Court, the application for leave to appeal the March 21, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 35 days of the date of this order addressing whether the Court of Appeals analysis of MCL 257.401(1) paid adequate attention to the statute's provision that "[t]he owner is not liable unless the motor vehicle is being driven with his or her express or implied consent <u>or knowledge</u>" (emphasis added), and whether the motor vehicle at issue in this case was being driven with the owner's "express or implied consent or knowledge." The parties should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2006

Clerk